LEVER BROTHERS COMPANY, Appellant and Respondent, *v.* J. EAVENSON & SONS, INC., et al., Respondents and Appellants.

Argued April 20, 1942; decided May 28, 1942.

628

*Neil. P. Cullom, Frederick E. Crane* and *Henry W. Steingarten* for plaintiff, appellant and respondent.

*Chester Rohrlich, Henry Cohen, Irving Moskovitz* and *Thomas Freeman, Jr.,* for defendants, respondents and appellants.

Judgments affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.